# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Yamile Altagracia Rivera )
        Appellant ) 5:22-cv-02630-GAM
   v. )
  )
  Ismael Ruiz )
        Appellee )
  )

## ORDER

AND NOW, this **3rd** day of **January**, 2023, upon consideration of the Appellant's Motion to Dismiss Appeal, the Appellant's motion is GRANTED.

By the Court:

/s/ Gerald Austin McHugh
_____
HONORABLE GERALD A. MCHUGH
Judge, United States District Court,
Eastern District of Pennsylvania